BENJAMIN B. WAGNER
United States Attorney
NIRAV K. DESAI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2716

**FILED**

OCT 0 3 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>REYNALDO GONZALES-BAUTISTA,<br>  a.k.a., Reynaldo Gonzalez-Bautista,<br><br>            Defendant. | CASE NO. 2:12-mj-0258 CKD<br><br>[PROPOSED] SEALING ORDER |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above-captioned case, including the Criminal Complaint, Warrant for Arrest, and affidavit of ICE Deportation Officer Joel Rojas, Jr. in support thereof, shall be filed under seal and shall not be disclosed to any person unless and until otherwise ordered by this Court.

Date: October 3, 2012

_____
CAROLYN K. DELANEY
United States Magistrate Judge

1